## MARY SMITH v. SARAH HORSEY, now ROBINSON.

Court of Common Pleas.   November, 1793.

*Read's Notebook, 11.*

Verdict for plaintiff, damages £30.

[NOTE.] What gifts are fraudulent:   see 3 Co. 82.